NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SLINGSHOT PRINTING LLC,**
*Appellant*

**v.**

**CANON U.S.A., INC., CANON INC.,**
*Appellees*

---

2024-2132

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-01416.

---

**JUDGMENT**

---

KAYVON GHAYOUMI, MoloLamken LLP, Washington, DC, argued for appellant. Also represented by RAYINER HASHEM; CATHERINE MARTINEZ, New York, NY; MARK BORSOS, PAUL HENKELMANN, Fitch, Even, Tabin & Flannery LLP, Chicago, IL.

JULIE S. GOLDEMBERG, Morgan, Lewis & Bockius LLP, Philadelphia, PA, argued for appellees. Also represented by MARIA DOUKAS, AMANDA SCOTT WILLIAMSON, Chicago,

IL; JASON EVAN GETTLEMAN, Palo Alto, CA; JITSURO MORISHITA, Tokyo, Japan.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, *Chief Judge*, STOLL and STARK, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 7, 2026
Date

Jarrett B. Perlow
Clerk of Court